### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARY F. BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-02-0575-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is brought under 42 U.S.C. § 405(g) providing for judicial review of the final decision of the Commissioner of Social Security Administration denying plaintiff's application for disability insurance benefits under the Social Security Act. On March 31, 2005, Magistrate Judge Bana Roberts issued a Report and Recommendation (docket entry no. 21) recommending that this matter be reversed and remanded to the Commissioner for further proceedings.

The magistrate judge further advised the parties of their right to object to the report by April 20, 2005, and of the fact that failure to make timely objection waives the right to appellate review of both factual and legal issues contained in the Report. Neither party has filed any objection to the Report and neither party has requested an extension of time within which to file any objection.

With no objection being filed, and having reviewed the Report, the record, and all relevant arguments and authorities, the court **ACCEPTS** and **AFFIRMS** the magistrate judge's report in its entirety. This matter is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

Dated this 22nd day of April, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

02-0575p003(pub).wpd